Scott A. Berman (State Bar No. 191460)
BERMAN NORTH LLP
2001 Van Ness, Suite 300
San Francisco, CA 94109
Phone: (650) 320-1685
Email: scott@bermannorth.com

Attorneys for Plaintiff
KATHLEEN C. MAHER

Timothy L. Reed
OGLETREE DEAKINS
One Embarcadero Center, Suite 900
San Francisco, CA 94111
Email: timothy.reed@ogletree.com

Attorneys for Defendant
FINGERPAINT MARKETING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN C. MAHER, an individual, <br><br>Plaintiff, <br><br>v. <br><br>FINGERPAINT MARKETING, INC., a Delaware corporation; and DOES 1-10, inclusive, <br><br>Defendants. | U.S.D.C. Case No. 24-cv-00768 EMC <br><br>**STIPULATION TO DISMISS;** <br>**[PROPOSED] ORDER TO DISMISS** <br><br>Complaint Filed: August 1, 2023 |

1  IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff, Kathleen C. Maher, and Defendant, Fingerpaint Marketing, Inc., through their designated counsel that, as the settlement proceeds have been disbursed, the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant of Federal Rules of Civil Procedure, Rule 41(a) and pursuant to the Confidential Settlement Agreement and General Release dated October 9, 2024.  The parties request the Court to vacate the January 14, 2025, Status Conference and close the file.  The parties are to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  December 12, 2024        BERMAN NORTH LLP


                                 By:  /s/*Scott A. Berman*_____
                                      Scott A. Berman
                                      Attorneys for Plaintiff
                                      KATHLEEN C. MAHER


Dated:  December 12, 2024        OGLETREE DEAKINS


                                 By:  /s/*Timothy L. Reed*_____
                                      Timothy L. Reed
                                      Attorneys for Defendant
                                      FINGERPAINT MARKETING, INC.

**BERMAN NORTH LLP**
2001 Van Ness Avenue, Suite 330
San Francisco, CA 94109
Phone: (415) 360-2885

2

**STIPULATION TO DISMISS;**
**[PROPOSED] ORDER TO DISMISS**                        **U.S.D.C. Case No. 24-cv-00768 EMC**

1  THEREFORE, IT IS ORDERED THAT, pursuant to FRCP 41(a), the above-referenced
2  action is dismissed with prejudice.

5  Dated: ___December 13_____, 2024   _____
                                            Honorable Edward M. Chen,
6                                           Judge of the United States District Court

BERMAN NORTH LLP
2001 Van Ness Avenue, Suite 330
San Francisco, CA 94109
Phone: (415) 360-2885

3

STIPULATION TO DISMISS;
[PROPOSED] ORDER TO DISMISS                                U.S.D.C. Case No. 24-cv-00768 EMC